# Skovronsky & Weiser
## Attorneys at Law

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

September 3, 2024

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

---

The parties' request at ECF No. 6 is GRANTED, and the briefing schedule shall proceed as follows:

1. Plaintiff shall file his brief by **Wednesday, October 9, 2024**.
2. Defendant shall file its opposition brief by **Monday, December 9, 2024.**
3. Plaintiff shall file his reply brief, if any, by **Wednesday, January 8, 2025.**

The Clerk of Court is respectfully directed to close ECF No. 6.

SO ORDERED.    9/3/2024

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

Re:   LOWERY v. COMMISSIONER OF SOCIAL SECURITY
      CV-24-4347

Honorable Magistrate Judge Cave:

Pursuant to the Court's scheduling order, plaintiff's motion for judgment on the pleadings is to be filed and served on or before September 9, 2024. As a result of an extraordinary backlog in my office, I will be unable to complete plaintiff's motion in timely fashion. Accordingly, I am constrained to ask the Court for a 30-day extension, whereby plaintiff's motion will be due on October 9, 2024. Defendant requests 60 days thereafter to respond.

The Assistant United States Attorney has kindly consented to this request.

Thank you for Your Honor's attention

Respectfully,

Harold Skovronsky

HS:bs