**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
OTIS L.,

                        Plaintiff,                       24 **CIVIL** 4347 (GRJ)

        -against-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Decision and Order dated January 15, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 9) is DENIED; the Commissioner is GRANTED Judgment on the Pleadings; and this case is DISMISSED. Accordingly, this case is closed.

**Dated:**  New York, New York

      January 16, 2025

                                             **TAMMI M. HELLWIG**
                                             **Clerk of Court**

               **BY:**                                            **Deputy Clerk**